# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH TROSCLAIR

NO. 2022 KW 1085

**NOVEMBER 21, 2022**

---

In Re:     Keith Trosclair, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 573126.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
FOR THE COURT